41 Ill. App.2d 233 (1963)
190 N.E.2d 488
Ruth Gerler, Plaintiff-Appellee,
v.
Margaret F. Cooley, Defendant-Appellant.
Gen. No. 10,448.
Illinois Appellate Court  Third District.
May 20, 1963.
Rehearing denied June 3, 1963.
*234 J.E. Horsley and J.P. Ewart, of Craig & Craig, of Mattoon; John L. Franklin and Leonard T. Flynn, of Franklin & Flynn, of Champaign, for appellee.
(Abstract of Decision.)
Opinion by JUDGE REYNOLDS.
Affirmed.
Not to be published in full.